# IN THE COURT OF APPEALS OF IOWA

No. 15-0986
Filed May 11, 2016

**STATE OF IOWA,**
        Plaintiff-Appellee,

**vs.**

**DEWAYNE CURTIS VESEY,**
        Defendant-Appellant.
_____

        Appeal from the Iowa District Court for Scott County, Mark R. Fowler, District Associate Judge.

        Dewayne Vesey appeals the district court's denial of his motion to suppress and his subsequent conviction and sentence for possession of marijuana. **AFFIRMED.**

        Courtney T. Wilson of Gomez May, L.L.P., Davenport, for appellant.

        Thomas J. Miller, Attorney General, and Jean C. Pettinger, Assistant Attorney General, for appellee.

        Considered by Potterfield, P.J., and Mullins and McDonald, JJ.

**MULLINS, Judge.**

Affirmed without opinion pursuant to Iowa Rule of Appellate Procedure 6.1203(a), (d).

**AFFIRMED.**